IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01167-OES

BLONDELL F. MITCHELL,

    Plaintiff,

v.

VIACOM INC. (1515 Broadway NY, NY. 10036),
UNFED BROADCASTING (1515 Broadway NY, NY. 10036), and
KS 1O75 (1095 South Monaco Parkway, Denver, CO 80224),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    The issue before the Court is Plaintiff's "Motion to Amend," filed with the Court on July 7, 2005. In the Motion, Plaintiff requests that the Court allow her to add a defendant and to delete a defendant.

    Prior to a responsive pleading being served, a Plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). The Motion, however, that Ms. Mitchell filed on July 7, 2005, is not a properly filed amended complaint. An amended complaint supersedes the original complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort*, 705 F.2d 676 (2$^{d}$ Cir.1983); *London v. Coopers & Lybrand,* 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). Plaintiff's July 7 Motion is insufficient to supersede the original Complaint, as it does not provide the alleged claims, the request for relief, or a listing of all of the named Defendants. If Plaintiff seeks to amend she must file the amended complaint on a Court-approved form. Plaintiff's Motion, filed July 7, 2005, is DENIED.

    The Clerk of the Court is directed to send to Plaintiff two copies of the Court-approved form used in filing *pro se* complaints. Plaintiff is reminded she has until July

23, 2005, to cure the deficiencies noted in the Court's June 23 Order. If Plaintiff fails to cure by July 23 the Complaint and action will be dismissed without further notice.

Dated: July 11, 2005

Copies of this **Minute Order, and two copies of Complaint form** were mailed on July 11, 2005, to the following:

Blondell F. Mitchell
1105 South Cherry Street
Denver, CO 80246

_____
Secretary/Deputy Clerk