**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   05-cv-01167-LTB-OES

BLONDELL F. MITCHELL,

     Plaintiff,
v.

VIACOM, INC.,
INFINITY BROADCASTING,
92.5 KDJM JAMMIN,

     Defendants.

_____

**ORDER OF RECUSAL**
_____

     The undersigned judge is a stockholder in Defendant Viacom, Corp., and therefore recuses himself from service in the above captioned matter and directs that this case be returned to the clerk of this court for reassignment of the case.

                               BY THE COURT:

                               s/Lewis T. Babcock
                           Lewis T. Babcock, Chief Judge

DATED:  August 17, 2005