IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01167-EWN-OES

BLONDELL F. MITCHELL,

Plaintiff(s),

v.

VIACOM, INC., et al.,

Defendant(s).

---

RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE

---

ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 17, 2005

Plaintiff is proceeding in this matter without counsel.  She filed her Complaint on June 23, 2005.  She has now filed on November 14, 2005, a Motion to Dismiss her case, without prejudice.  She states that she now believes that jurisdiction in this court would be improper because she does not believe that complete diversity exists between herself and all of the parties that she has sued.

I have checked the docket entries for this case.  No responsive pleading has been filed by any party, and no returns of service are noted.  Rule 41(a)(1) provides that plaintiff is entitled to dismiss her case without prejudice if no party has filed a responsive pleading.

## RECOMMENDATION

I therefore RECOMMEND that District Judge Edward W. Nottingham GRANT plaintiff's Motion to Dismiss [Doc. 17, Nov. 14, 2005], and that he enter an order dismissing this case without prejudice.

Dated at Denver, Colorado, this day of:  November 17, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge