IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01167–EWN–OES

BLONDELL F. MITCHELL,

    Plaintiff,

v.

VIACOM INC.,
INFINITY BROADCASTING,
92.5 KDJM JAMMIN,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation for Dismissal Without Prejudice" filed November 17, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Plaintiff's Motion to Dismiss (#17, filed November 14, 2005) is GRANTED.

3. This case is dismissed without prejudice.

4    All other pending motions are DENIED as moot.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge
